

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2021

No. 04-21-00233-CV

**VIA METROPOLITAN TRANSIT AUTHORITY**,
Appellant

v.

Manuel **FLORES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06515
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Appellee's brief was due on June 22, 2021. On June 29, 2021, appellee filed a motion requesting an extension of time to file appellee's brief. The motion is GRANTED, and appellee's brief must be filed **no later than August 23, 2021**. **Further requests for extension of time will be disfavored.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court